UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK ROBERTSON**                                                          **PLAINTIFF**
**ADC #096007**

**V.**                          **5:18CV00288 BRW/JTR**

**WENDY KELLEY, Director, ADC,** *et al.*                           **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation.

Robertson may proceed with his due process claim against Kelley and Burl, in their individual capacities, for forcing him to pay restitution for violating a prison rule with which he was never charged. The Clerk is directed to prepare a summons for Kelley and Burl. The United States Marshal is directed to serve the Complaint[1] and this Order on them without prepayment of fees and costs or security therefor.[2]

All other claims against Kelley and Burl are dismissed without prejudice. Gaines is dismissed without prejudice as a defendant in this action. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[3]

IT IS SO ORDERED this 8th day of March, 2019.

                                                                        Billy Roy Wilson_____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3-1.

[2] If either of the Defendants is no longer an ADC employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

[3] 28 U.S.C. § 1915(a)(3).