# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DERRICK ROBERTSON**                                                               **PLAINTIFF**
**ADC #096007**

**VS.**                          **5:18CV00288-BRW-JTR**

**WENDY KELLEY, Director, ADC,** *et al.*                                    **DEFENDANTS**

## ORDER

I have reviewed the Recommendation (Doc. No. 20) submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation.

Accordingly, Defendant Wendy Kelley's motion to dismiss (Doc. No. 14) is GRANTED, and Plaintiff's complaint (Doc. No. 3-1) is DISMISSED in its entirety, without prejudice, for failing to state a claim upon which relief may be granted. Dismissal is a "STRIKE" under 28 U.S.C. § 1915(g). I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 5th day of March, 2020.


                                                              Billy Roy Wilson_____
                                                              UNITED STATES DISTRICT JUDGE